partment.   June 23, 1916.)   Order affirmed, with $10 costs and disbursements.   No opinion. Order filed.

Barbara KERN, respt., v. Martin STUCZ-KEWICZ, applt.   (Supreme Court, Appellate Division, Fourth Department.   May 17, 1916.) Motion for leave to appeal to Court of Appeals denied, with $10 costs.

Nicholas KESSLER, plaintiff-appellant, v. Bernhard A. BUGE, defendant-appellant, and others, defendants.   Action No. 2.   (Supreme Court, Appellate Division, Second Department. June 9, 1916.)   Judgment modified, by amending the third conclusion of law, so that the same shall read that the judgment is without prejudice to enforcement of the note, and, as so modified, affirmed, without costs.   Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Julia KILEY, Respondent, v. Eleazer C. RICH, Appellant.   (Supreme Court, Appellate Division, First Department.   June 23, 1916.) Appeal from Trial Term, New York County. Judgment for plaintiff, from which, and an order denying motion for new trial, defendant appeals.   Reversed, and new trial ordered.

PER CURIAM.   The judgment and order appealed from are reversed, and a new trial ordered, with costs to the appellant to abide the event, upon the ground that error was committed in receiving the testimony of the witness Talbot as to her prior fall upon the stairway in question, and also upon the ground that the finding of the jury that the defendant was negligent is against the weight of the evidence.

CLARKE, P. J., and DAVIS, J., concur on the first ground.

In the matter of the probate of the Last Will and Testament of Anna V. KING, deceased. (Supreme Court, Appellate Division, Third Department.   May 18, 1916.)   Decree unanimously affirmed, with costs.

John A. KINGSBURY, as Commr., etc., on complaint of Mary Brady, Respt., v. Henry FREED, Applt.   (Supreme Court, Appellate Division, First Department.   May 26, 1916.) Judgment affirmed.   No opinion.   McLaughlin and Scott, JJ., dissenting.   Order filed.

Mary KIWIN v. Abraham G. MALOOF. (Supreme Court, Appellate Division, First Department.   May 26, 1916.)   Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order.   Order filed.

Harry KLAR, Respt., v. RICHMOND LIGHT & R. R. CO., Applt.   (Supreme Court, Appellate Division, First Department.   June 2, 1916.)   Judgment and order affirmed, with costs. No opinion.   Order filed.

Sussman KLEIN, respondent, v. BROOKLYN, QUEENS COUNTY & SUBURBAN RAILROAD COMPANY, appellant.   (Supreme Court, Appellate Division, Second Department.   November 24, 1915.)   Judgment and order unanimously affirmed on reargument, with costs, and also disbursements of reargument. No opinion.

David KLEIN, etc., appellant, v. Peter MA RAVELAS, respondent.   (Supreme Court, Appellate Division, Second Department.   May 26 1916.)   Order (159 N. Y. Supp. 554) affirmed with $10 costs and disbursements.   No opinion.   Jenks, P. J., and Carr, Stapleton, Rich and Putnam, JJ., concur.   See, also, 89 Misc Rep. 466, 152 N. Y. Supp. 584.

David KLEIN, etc., plaintiff, v. Peter MAR AVELAS, defendant.   (Supreme Court, Appellate Division, Second Department.   June 9 1916.)   Motion granted, and order signed.

Samuel H. KLEINFIELD et al. v. Frank C. WITTENAUER et al.   (Supreme Court Appellate Division, First Department.   May 26, 1916.)   Application denied, with $10 costs Order signed.

Max KLEINMAN v. HENRY KUPFER & CO.   (Supreme Court, Appellate Division, First Department.   June 23, 1916.)   Motion denied with $10 costs.   Order filed.

Philip KLUMBACH, applt., v. WEST ENI BREWING CO., respt.   (Supreme Court, Appellate Division, Fourth Department.   May 26 1916.)   Judgment affirmed with costs.   All concur.

K. M. DAVIES CO., Inc., respt., v. George F. FISH, applt.   (Supreme Court, Appellate Division, Fourth Department.   May 17, 1916. Judgment and order affirmed with costs.   All concur.

Michaël KNAPIK, appellant, v. WATER BURY COMPANY, respondent.   (Supreme Court, Appellate Division, Second Department June 9, 1916.)   Judgment unanimously affirmed, with costs.   No opinion.

In the Matter of KNAPP & FRENCH, Inc (Supreme Court, Appellate Division, First Department.   May 26, 1916.)   Motion to dismiss appeal granted, with $10 costs.   Order filed.

Simon KOCIUS, respondent, v. William A JAMISON, appellant.   (Supreme Court, Appellate Division, Second Department.   June 2 1916.)   Judgment and order unanimously affirmed, with costs.   No opinion.

Boris KOLOSCHIK v. HOLBROOK, CABOT & ROLLINS CORP'N.   (Supreme Court Appellate Division, First Department.   June 23, 1916.)   Motions denied, with $10 costs Orders filed.

Count Jean KRASICKI v. UNIVERSAL TOOL STEEL CO., Ltd.   (Supreme Court, Appellate Division, First Department.   May 26 1916.)   Motion granted.   Settle order on notice.